**Order filed September 9, 2021**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-21-00277-CV

———————

**SHAWN GREEN AND AZTEC PORTACANS & CONTAINERS, LTD.,**
**Appellants**

**V.**

**MARY  CARTER  MORRIS, Appellee**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-33380**

---

## O R D E R

Appellant's brief was due August 16, 2021. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **September 30, 2021**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Hassan and Poissant.